IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                    Criminal No. 26-63

MUHAMMED KOC
    a/k/a "Moe"
OMAR ALSHMARI
ABRAHAM CHOUDHRY
    a/k/a "Abe"
EMIRHAN ARSLAN
    a/k/a "Emir"
ALI ALKHALEEL
ADEEL PIRACHA
    a/k/a "Adel"

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Carl J. Spindler, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment and associated paperwork returned in this case and the Arrest Warrants issued pursuant to said indictment.  In further support of this Motion, the United States avers as follows:

1.    On March 25, 2026, an Indictment was returned by the grand jury charging the above-named defendants with violating Title 18, United States Code, Sections 249(a)(1)(A) & 2, 371, and/or Section 1503(a).  Arrest Warrants were issued pursuant to said indictment.

2.    On March 25, 2026, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3.    On March 30, 2026, the defendants were apprehended and taken into custody.

4.      Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment and associated paperwork returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the indictment.

Respectfully submitted,

Troy Rivetti
United States Attorney


By:      */s/ Carl J. Spindler*
CARL J. SPINDLER
Assistant U.S. Attorney
PA ID No. 325867