AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No. 2:26-cr-00063-1<br><br>FID: 11940330 |
| MUHAMMED KOC<br>*Defendant* | | |

## ARREST WARRANT

To:　　Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*　　MUHAMMED KOC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment　　　☐ Superseding Indictment　　☐ Information　　☐ Superseding Information　　☐ Complaint
☐ Probation Violation Petition　　☐ Supervised Release Violation Petition　　☐ Violation Notice　　☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 249(a)(1)(A) & 2 HATE CRIME ACT; 18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE
ADMINISTRATION OF JUSTICE

**RECEIVED**
**By KKrapp at 11:35 am, Mar 26, 2026**

| | |
|---|---|
| Sarah Sewall | Case Administration Supervisor |
| Name of Issuing Officer | Title of Issuing Officer |
| *Sarah Sewall* | 03/25/2026　　　Pittsburgh |
| Signature of Issuing Officer | Date and Location |

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: 3/30/26 _____

_____
Arresting officer's signature

RYAN GHNTER SPECIAL AGENT
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

Print    Save As...    Reset

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MUHAMMED KOC
    a/k/a "Moe"
OMAR ALSHMARI
ABRAHAM CHOUDHRY
    a/k/a "Abe"
EMIRHAN ARSLAN
    a/k/a "Emir"
ALI ALKHALEEL
ADEEL PIRACHA
    a/k/a "Adel"

Criminal No. 26-63

[UNDER SEAL]

**FILED**

MAR 25 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

ORDER

AND NOW, to wit, this 25th day of March, 2026, upon consideration of the Motion

for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that

said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of

defendants MUHAMMED KOC, OMAR ALSHMARI, ABRAHAM CHOUDHRY, EMIRHAN

ARSLAN, ALI ALKHALEEL, and ADEEL PIRACHA.

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc: Carl J. Spindler, Assistant United States Attorney

CERTIFIED FROM THE RECORD
03/25/2026
Brandy S. Lonchena
Sarah Sewall
Deputy Clerk